IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAPPY HOLLOW COUNTRY CLUB, INC.,

Plaintiff,

vs.

PHOENIX INSURANCE COMPANY (THE),

Defendant.

**8:22CV14**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 92).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, with each party to bear its own fees and costs.

Dated this 25th day of February, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge